891 A.2d 612

IN THE MATTER OF IRVING TOBIN, AN ATTORNEY AT LAW.

February 9, 2006.

## CORRECTED ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–291, concluding that **IRVING TOBIN** of **ELIZABETH**, who was admitted to the bar of this State in 1957, should be reprimanded for violating *RPC* 1.8(c)(a lawyer shall not prepare an instrument giving the lawyer any substantial gift from a client, including a testamentary gift, except where the client is related to the lawyer);

And the Court having determined from its review of the matter that a censure is the appropriate discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **IRVING TOBIN** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.